1  SCOTT ALAN BURROUGHS
      scott@donigerlawfirm.com
2  DONIGER / BURROUGHS
   Doniger / Burroughs Building
3  603 Rose Avenue
   Venice, California 90291
4  (310) 590-1820

5  Attorneys for Plaintiff
   SCOTT DAVENPORT

   UNITED STATES DISTRICT COURT

   CENTRAL DISTRICT OF CALIFORNIA

| SCOTT DAVENPORT, an individual, | CASE NO. 2:20-cv-08264 GW (ASx) |
|---|---|
| Plaintiff, | Honorable George H. Wu |
| v. | **NOTICE OF DISMISSAL** |
| CHINA EASTERN AIRLINES CO. LTD, a Chinese Limited Company; and DOES 1 through 10, | |
| Defendants. | |

| | |
|---|---|
| 1 | TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE THAT Plaintiff Scott Davenport hereby dismisses |
| 4 | this action in its entirety and *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). |
| 5 | Per the aforementioned statute, no court order is required in connection with |
| 6 | this notice of dismissal. |

Respectfully submitted,

DATED: July 7, 2021           DONIGER / BURROUGHS

By:   */s/ Scott Alan Burroughs*
      Scott Alan Burroughs
      Attorneys for Plaintiff

2